UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
:                                           ORDER OF REFERENCE
:                                           TO A MAGISTRATE JUDGE
Plaintiff,   Cedric Bishop                  :
:                                           22 Civ. 9160  (PAE ) (OTW)
-v-                                         :
:
:
Defendant.   DCM Advisors LLC               :
:
:
:
x
---------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____
☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

The parties are hereby notified that this Court has written on a legal issue that appears central to this case: the applicability of the ADA to websites. *See Del-Orden v. Bonobos, Inc.*, No. 17 Civ. 2744 (PAE), 2017 WL 6547902 (S.D.N.Y. Dec. 20, 2017).

*Do not check if already referred for general pretrial.

Dated October 26, 2022

SO ORDERED:

*Paul A. Engelmayer*

United States District Judge